LEE M. PERLMAN
ATTORNEY AT LAW
1926 GREENTREE ROAD, SUITE 100
CHERRY HILL, NJ  08003
ATTORNEY FOR DEBTOR(S), VERNON HAMILTON, JR.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RE: | CHAPTER 13 |
| VERNON HAMILTON, JR. | CASE NO.:  05-25918 GMB |
| Debtors | **SUBSTITUTION OF ATTORNEY** |

    The undersigned hereby consents to the substitution of Aurelia Mitchell Durant, withdrawing attorney, as counsel in the above-entitled Chapter 13 Bankruptcy.  The undersigned hereby consent to counsel of Lee M. Perlman, Esquire, superceding attorney, in the above-entitled Chapter 13 Bankruptcy.

Dated: <u>August 10, 2010</u>                                                    Dated: <u>August 10, 2010</u>

<u>/s/ Lee M. Perlman            </u>                                               <u>/s/ Aurelia Mitchell Durant       </u>
Lee M. Perlman, Esquire                                                    Aurelia Mitchell Durant, Esquire
1926 Greentree Road, Suite 100                                        926 Haddonfield Road, #345
Cherry Hill, NJ 08003                                                         Cherry Hill, NJ  08002
Superceding Attorney                                                        Withdrawing Attorney